# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149506(59)

In re PETITION FOR FORECLOSURE OF
CERTAIN PARCELS OF PROPERTY
_____

MACOMB COUNTY,
          Plaintiff,
and

TOWNSHIP OF CHESTERFIELD,
          Intervening Party-Appellant,

v

PARCELS OF PROPERTY and HALL
MEADOWS CONDOMINIUM ASSOCIATION,
          Defendants,
and

TED WAHBY,
          Counter-Defendant,
and

JEFFREY DEAN SAXON,
          Counter-Plaintiff/Interested Party,
and

FOX, L.L.C., d/b/a ROSIE O'GRADY'S,
          Interested Party-Appellee,
and

FRANCINE MANOR APARTMENTS, L.L.C.,
UTICA FRASER INVESTMENTS, L.L.C.,
PATRICIA CORIC LIVING TRUST, dated
August 1, 1998, and DENISE A. HUDSON,
          Interested Parties.

_____/

SC: 149506
COA: 309229
Macomb CC: 2011-002208-CH

On order of the Court, the motion for reconsideration of this Court's September 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

p0223